of Appeal, Third Circuit, Parish of Lafayette. 198 So.2d 187.

Writ refused. There is no error of law in the judgment of the Court of Appeal.

200 So.2d 665

### Daniel Jackson COTTON and Letha Demarise Cotton

v.

### Edward J. BARTONEAU et al.

#### No. 48791.

June 30, 1967.

In re: Daniel Jackson Cotton and Letha Demarise Cotton applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. John the Baptist. 199 So.2d 17.

Writ denied. We find no error of law under the facts found by the Court of Appeal. Bartoneau has been found to be without fault; consequently no award can be had against him. Nor can we consider the amount of the award against Gremillion as neither he nor plaintiff appealed from the judgment of the lower court.